**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:     John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 100.8.21.203,<br><br>                Defendant. | Case No. 3:19-cv-16185-AET-TJB<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 100.8.21.203, are voluntarily dismissed with prejudice.

DATED: February 28, 2020

Respectfully submitted,

**THE ATKIN FIRM, LLC**

*Attorneys for Plaintiff,
Strike 3 Holdings, LLC*

/s/ John C. Atkin, Esq.
John C. Atkin, Esq.

It is so ordered this 2nd day of March, 2020.

*Anne E. Thompson*
Anne E. Thompson, U.S.D.J.